B6A (Official Form 6A) (12/07)

In re  **Shane Allan Bivins**                                          Case No.   **12-70171-HDH-13**   
                                                                                  (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|:---:|---:|---:|
| 9.5000 acres real property, Jack Co., TX AB 1433 F H Shaw 50% community property total value $31,910 lein $806.10 total equity $31,103.90 debtor's equity $15,551.95 | Owner | C | $31,910.00 | $806.10 |
| 21.6200 acres real property, Jack Co., TX AB 269 T Henderson 50% community property total value $72,620 lein $58,657.80 total equity $13,962.20 debtor's equity $6,981.10 | Owner | C | $72,620.00 | $58,657.80 |
| 1016 4th, Graham, Young Co., TX 76450 E/2 of 5 All 6 W10 of 7 BLK 1 Mabry 50% community property total value $37,770 lein $978.39 total equity $36,791.61 debtor's equity $18,395.81 | Owner | C | $37,770.00 | $19,374.20 |
| | | Total: | $142,300.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Shane Allan Bivins**                                          Case No. **12-70171-HDH-13**
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | business checking @ Graham Interbank 50% community property total value $19,564.54 debtor's equity $9,782.27 | C | $19,564.54 |
| | | business checking @ Graham Interbank 50% community property total value $2,723.89 debtor's equity $1,361.95 | C | $2,723.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods & furnishings 50% community property total value $2,000 debtor's equity $1,000 | C | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | C | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Shane Allan Bivins**                          Case No.  **12-70171-HDH-13**
                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance, no cash or loan value | C | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Shane Allan Bivins**                                              Case No.   **12-70171-HDH-13**
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Shane Allan Bivins**                                     Case No.    **12-70171-HDH-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Toyota Tundra Pickup 50% community property no equity | C | $36,750.00 |
| | | 2008 Chevrolet Tahoe 50% community property no equity | C | $19,346.00 |
| | | 2009 Nissan Altima 50% community property no equity | C | $17,397.00 |
| | | 1981 Pontiac Trans Am 50% community property total value $3,500 debtor's equity $1,750 | C | $1,750.00 |
| | | 1999 Pontiac Trans Am 50% community property total value $9,000 debtor's equity $4,500 | C | $4,500.00 |
| | | 1998 Chevrolet Camaro 50% community property total value $4,050 debtor's equity $2,025 | C | $2,025.00 |
| 26. Boats, motors, and accessories. | | jet ski 50% community property total value $6,000 lein $4,013 total equity $1,987 debtor's equity $993.50 | C | $6,000.00 |
| | | 1986 16' ski boat 50% community property | C | $1,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Shane Allan Bivins**                                              Case No. **12-70171-HDH-13**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | total value $1,500<br>debtor's equity $750 | | |
| | | jet ski<br>50% community property<br>total value $6,000<br>debtor's equity $3,000 | C | $6,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1975 Autocar Swab Rig<br>50% community property<br>no equity | C | $24,895.00 |
| | | 2008 Ford Pickup<br>50% community property<br>no equity | C | $24,785.00 |
| | | 2008 Dodge Ram<br>50% community property<br>no equity | C | $22,350.00 |
| | | 2004 Chevrolet Pickup<br>50% community property<br>total value $9,575<br>lein $1,100<br>total equity $8,475<br>debtor's equity $4,237.50 | C | $9,575.00 |
| | | 1994 Kenworth truck<br>50% community property<br>total value $25,000<br>debtor's equity $12,500 | C | $25,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Shane Allan Bivins**                                    Case No.   **12-70171-HDH-13**
                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                              <u>    5    </u>  continuation sheets attached     **Total  >**     **$225,361.43**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Shane Allan Bivins**                          Case No. **12-70171-HDH-13**
                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| household goods & furnishings 50% community property total value $2,000 debtor's equity $1,000 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $200.00 | $200.00 |
| 1981 Pontiac Trans Am 50% community property total value $3,500 debtor's equity $1,750 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $1,750.00 | $1,750.00 |
| 1999 Pontiac Trans Am 50% community property total value $9,000 debtor's equity $4,500 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,500.00 | $4,500.00 |
| 1998 Chevrolet Camaro 50% community property total value $4,050 debtor's equity $2,025 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $2,025.00 | $2,025.00 |
| 2004 Chevrolet Pickup 50% community property total value $9,575 lein $1,100 total equity $8,475 debtor's equity $4,237.50 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $8,475.00 | $9,575.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment.* | | **$17,950.00** | **$19,050.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Shane Allan Bivins**                              Case No.   **12-70171-HDH-13**
                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1994 Kenworth truck<br>50% community property<br>total value $25,000<br>debtor's equity $12,500 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $12,500.00 | $25,000.00 |
| | | **$30,450.00** | **$44,050.00** |

B6D (Official Form 6D) (12/07)

In re **Shane Allan Bivins**                                         Case No.  **12-70171-HDH-13**
                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0600<br><br>**Chase Manhattan**<br>**Attn:  Bankruptcy Research Dept**<br>**3415 Vision Dr., Mail Code OH4-7302**<br>**Columbus, OH 43219** | | - | DATE INCURRED: **10/2008**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2008 Ford Pickup**<br>REMARKS:<br><br>VALUE: **$24,785.00** | | | | **$24,785.00** | |
| ACCT #: xxxxx0001<br><br>**Eecu**<br>**Po Box 1777**<br>**Ft Worth, TX 76101** | | - | DATE INCURRED: **10/2008**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2008 Chevrolet Tahoe**<br>REMARKS:<br><br>VALUE: **$19,346.00** | | | | **$19,346.00** | |
| ACCT #: xxxxx0144<br><br>**Fort Worth Community C**<br>**1905 Forest Ridge Road**<br>**Bedford, TX 76095** | | - | DATE INCURRED: **02/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2008 Dodge Ram**<br>REMARKS:<br><br>VALUE: **$22,350.00** | | | | **$22,350.00** | |
| ACCT #: xxxxx0143<br><br>**Fort Worth Community C**<br>**1905 Forest Ridge Road**<br>**Bedford, TX 76095** | | - | DATE INCURRED: **01/2008**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2009 Nissan Altima**<br>REMARKS:<br><br>VALUE: **$17,397.00** | | | | **$17,397.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$83,878.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.

In re **Shane Allan Bivins**

Case No. **12-70171-HDH-13**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx9027<br><br>**Graham National Bank**<br>**Acct. No.**<br>**455 Elm Street**<br>**Graham, TX 76450** | | - | DATE INCURRED: **08/31/2010**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2011 Toyota Tundra Pickup**<br>REMARKS:<br><br>VALUE: **$36,750.00** | | | | **$36,750.00** | |
| ACCT #: xxxxxxxxx9023<br><br>**Graham National Bank**<br>**Acct. No.**<br>**455 Elm Street**<br>**Graham, TX 76450** | | - | DATE INCURRED: **07/10/2009**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**jet ski**<br>REMARKS:<br><br>VALUE: **$6,000.00** | | | | **$4,013.00** | |
| ACCT #: xxxxxxxxx9022<br><br>**Graham National Bank**<br>**Acct. No.**<br>**455 Elm Street**<br>**Graham, TX 76450** | | - | DATE INCURRED: **08/07/2008**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2004 Chevrolet Pickup**<br>REMARKS:<br><br>VALUE: **$9,575.00** | | | | **$1,100.00** | |
| ACCT #: x9025<br><br>**Graham National Bank**<br>**Acct. No.**<br>**455 Elm Street**<br>**Graham, TX 76450** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**real property, Jack Co, TX**<br>REMARKS:<br><br>VALUE: **$104,530.00** | | | | **$56,822.08** | |

Sheet no. ___1___ of ___2___ continuation sheets attached **Subtotal (Total of this Page) >** | | | | | | | **$98,685.08** | **$0.00** |
to Schedule of Creditors Holding Secured Claims  **Total (Use only on last page) >**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.

In re  **Shane Allan Bivins**                                                                 Case No.  **12-70171-HDH-13**
                                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx9021<br><br>**Interbank**<br>**PO Box 5258**<br>**Enid, OK 73702** | | - | DATE INCURRED: **08/2008**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1975 Autocar Swab Rig**<br>REMARKS:<br><br>VALUE: **$24,895.00** | | | | **$24,895.00** | |
| ACCT #: x7461<br><br>**Jack County Tax Assessor**<br>**100 Main #209**<br>**Jacksboro, TX 76458** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**9.5000 acres real property, Jack Co**<br>REMARKS:<br><br>VALUE: **$31,910.00** | | | | **$806.10** | |
| ACCT #: x7462<br><br>**Jack County Tax Assessor**<br>**100 Main #209**<br>**Jacksboro, TX 76458** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**21.6200 acres real property, Jack Co., T**<br>REMARKS:<br><br>VALUE: **$72,620.00** | | | | **$1,835.72** | |
| ACCT #: 2120<br><br>**Young CAD**<br>**PO Box 337**<br>**Graham TX  76450** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**1016 4th, Graham, Young Co., TX 7**<br>REMARKS:<br><br>VALUE: **$37,770.00** | | | | **$978.39** | |

Sheet no.  __2__  of __2__  continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$28,515.21** |
| Total (Use only on last page) > | **$211,078.29** |

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

Subtotal unsecured: **$0.00**
Total unsecured: **$0.00**

B6E (Official Form 6E) (04/10)

In re **Shane Allan Bivins**                    Case No.    **12-70171-HDH-13**
                                                            _____
                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached shee

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Shane Allan Bivins**                                     Case No.  **12-70171-HDH-13**
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #**7949** <br> **Internal Revenue Service** <br> **Special Procedures-Insolvency** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **941 Taxes** <br> REMARKS: | | | | **$100,000.00** | **$100,000.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __1__ of __2__ continuation sheets   Subtotals (Totals of this page) >   |   **$100,000.00** | **$100,000.00** | **$0.00** |
attached to Schedule of Creditors Holding Priority Claims

Total >   

**(Use only on last page of the completed Schedule E.**

Totals >   

**(Use only on last page of the completed Schedule E.**

**If applicable, report also on the Statistical**

B6E (Official Form 6E) (04/10) - Cont.

In re **Shane Allan Bivins**                                    Case No.  **12-70171-HDH-13**
                                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **Monte J. White & Associates 1106 Brook Ave Wichita Falls TX 76301** | - | | DATE INCURRED: **05/07/2012** CONSIDERATION: **Attorney Fees** REMARKS: | | | | $1,786.00 | $1,786.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets **Subtotals (Totals of this page) >** | $1,786.00 | $1,786.00 | $0.00
attached to Schedule of Creditors Holding Priority Claims      **Total >** | $101,786.00 | |

**(Use only on last page of the completed Schedule E.**

                                                                **Totals >** | | $101,786.00 | $0.00

**(Use only on last page of the completed Schedule E.**

**If applicable, report also on the Statistical**

B6F (Official Form 6F) (12/07)

In re **Shane Allan Bivins**

Case No. **12-70171-HDH-13**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5847** **Amerigas** **6801 Mitchell Pkwy** **Arlington, TX 76002** | | - | DATE INCURRED: CONSIDERATION: **Unsecured** REMARKS: | | | | **$1,427.71** |
| ACCT #: **GGS** **Bridgeport Pump & Supply** **PO Box 235** **Bridgeport, TX 76426** | | - | DATE INCURRED: CONSIDERATION: **Unsecured** REMARKS: | | | | **$16,938.10** |
| ACCT #: **xxxxxxxxxxxxxxx4579** **Dell Financial Services** **701 E. Barmer Lane** **Building 2** **Austin, TX 78753** | | - | DATE INCURRED: **11/2005** CONSIDERATION: **Charge Account** REMARKS: | | | | **$2,556.00** |
| ACCT #: **xxx7651** **Impact Finance Corp** **PO Box 201859** **Dallas, TX 75320** | | - | DATE INCURRED: CONSIDERATION: **Unsecured** REMARKS: | | | | **$813.26** |
| ACCT #: **xxxxx10-15** **Jacksboro National Bank** **PO Box A** **Jacksboro, TX 76458** | | - | DATE INCURRED: CONSIDERATION: **Purchase Money** REMARKS: | | | | **$47,287.18** |
| ACCT #: **Jacksboro Pump & Specialty** **PO Box 548** **Jacksboro, TX 76458** | | - | DATE INCURRED: CONSIDERATION: **Unsecured** REMARKS: | | | | **$1,387.07** |

Subtotal > **$70,409.32**

Total >
(Use only on last page of the completed Schedule F.)

_____**1**_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Shane Allan Bivins**                      Case No. __**12-70171-HDH-13**__

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Peavy & Peavy**<br>**423 4th St, Graham**<br>**Graham, TX 76450** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ray's Champion Spring**<br>**3336 S. Fwy**<br>**Fort Worth, TX 76110** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$7,500.00** |
| ACCT #:  **xxxxxxxxxxxxx0669**<br>**Rsh & Associates Llc**<br>**Po Box 14515**<br>**Lenexa, KS 66285** | | - | DATE INCURRED:  **11/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Cooks Children Hospital** | | | | **$6,310.00** |
| ACCT #:<br>**Scheriger Electric**<br>**PO Box 816**<br>**1205 380 Bypass**<br>**Graham TX  76450** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$105.00** |
| ACCT #:  **xxx8523**<br>**United Revenue Corp**<br>**Attention:  Office Manager**<br>**204 Billings St. Suite 120**<br>**Arlington, TX 76010** | | - | DATE INCURRED:  **07/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Cook Childrens** | | | | **$1,260.00** |
| | | | | | | | |

Sheet no. ___1___ of 1_____ continuation sheets attached to                  Subtotal >   | **$15,175.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >        **$85,584.32**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Shane Allan Bivins**                                   Case No. **12-70171-HDH-13**
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Shane Allan Bivins**                                          Case No.   **12-70171-HDH-13**
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Shane Allan Bivins**                                                 Case No.  **12-70171-HDH-13**

                                                                                                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Separated** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | self-employed | |
| Name of Employer | GasGrabbers | |
| How Long Employed | | |
| Address of Employer | 427 Central | |
| | Graham, TX 76450 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $0.00 | $0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $38,758.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | $0.00 |
| | b._____ | $0.00 | $0.00 |
| | c._____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $38,758.00 | $0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $38,758.00 | $0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $38,758.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Shane Allan Bivins**          Case No.  __12-70171-HDH-13__
                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case
filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $700.00 |
|    a. Are real estate taxes included?   ☐ Yes  ☑ No | |
|    b. Is property insurance included?   ☐ Yes  ☑ No | |
| 2. Utilities:   a. Electricity and heating fuel | $350.00 |
|           b. Water and sewer | $85.00 |
|           c. Telephone | $167.03 |
|           d. Other:  satellite | $143.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $300.00 |
| 5. Clothing | $86.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $250.00 |
| 8. Transportation (not including car payments) | $600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | |
|           d. Auto | $125.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $287.97 |
| Specify: property taxes | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:   2011 Toyota Tundra | $896.00 |
|           b. Other:  real prop, Jack Co | $580.00 |
|           c. Other: | |
|           d. Other:  income taxes | $3,163.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home:     separated, no DSO | $5,000.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $21,525.00 |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$34,258.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $38,758.00 |
| b. Average monthly expenses from Line 18 above | $34,258.00 |
| c. Monthly net income (a. minus b.) | $4,500.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:   **Shane Allan Bivins**

CASE NO   **12-70171-HDH-13**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses
### Gas Grabbers

| Expense | Category | Amount |
|---|---|---|
| uniforms | Uniforms | **$91.00** |
| fuel | fuel | **$907.00** |
| vehicle maintenance | maintenance | **$263.00** |
| contract labor | Labor | **$266.00** |
| insurance | Insurance | **$869.00** |
| payroll | Payroll | **$9,838.00** |
| payroll taxes | Taxes | **$1,023.00** |
| loan interest | Interest | **$2,207.00** |
| bookkeeping | Professional Fees | **$289.00** |
| diesel | Gasoline | **$3,171.00** |
| rig maintenance | maintenance | **$1,294.00** |
| smalll tools & supplies | Supplies | **$337.00** |
| 2004 Chev PU | Transportation | **$220.00** |
| travel expenses | Travel | **$750.00** |
| | **Total >** | **$21,525.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

In re  **Shane Allan Bivins**

Case No.   **12-70171-HDH-13**

Chapter   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $142,300.00 | | |
| B - Personal Property | Yes | 6 | $225,361.43 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $211,078.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $101,786.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $85,584.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $38,758.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $34,258.00 |
| TOTAL | | 22 | $367,661.43 | $398,448.61 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re   **Shane Allan Bivins**

Case No.   **12-70171-HDH-13**

Chapter   **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$100,000.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$100,000.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$38,758.00** |
| Average Expenses (from Schedule J, Line 18) | **$34,258.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$10,889.13** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$101,786.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$85,584.32** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$85,584.32** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Shane Allan Bivins**                                    Case No.  **12-70171-HDH-13**
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **5/17/2012**                                    Signature  **/s/ Shane Allan Bivins**
                                                                                **Shane Allan Bivins**


Date _____            Signature _____

                                                                [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE: **Shane Allan Bivins**

CASE NO. **12-70171-HDH-13**

CHAPTER **13**

## Certificate of Service

The undersigned hereby certifies that on May 21, 2012, a true and correct copy of the Notice of Commencement of Chapter 13 Bankruptcy Case was served on the parties listed below by ECF and/or regular mail.

Date: **5/17/2012**

**/s/ Monte J. White**
**Monte J. White**
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Amerigas | Fort Worth Community C | Jack County Tax Assessor |
| 6801 Mitchell Pkwy | 1905 Forest Ridge Road | 100 Main #209 |
| Arlington, TX 76002 | Bedford, TX 76095 | Jacksboro, TX 76458 |
| | | |
| Bridgeport Pump & Supply | Graham National Bank | Jacksboro National Bank |
| PO Box 235 | Acct. No. | PO Box A |
| Bridgeport, TX 76426 | 455 Elm Street | Jacksboro, TX 76458 |
| | Graham, TX 76450 | |
| | | |
| Chase Manhattan | Impact Finance Corp | Jacksboro Pump & Specialty |
| Attn: Bankruptcy Research Dept | PO Box 201859 | PO Box 548 |
| 3415 Vision Dr., Mail Code OH4-7302 | Dallas, TX 75320 | Jacksboro, TX 76458 |
| Columbus, OH 43219 | | |
| | | |
| Dell Financial Services | Interbank | Peavy & Peavy |
| 701 E. Barmer Lane | PO Box 5258 | 423 4th St, Graham |
| Building 2 | Enid, OK 73702 | Graham, TX 76450 |
| Austin, TX 78753 | | |
| | | |
| Eecu | Internal Revenue Service | Ray's Champion Spring |
| Po Box 1777 | Special Procedures-Insolvency | 3336 S. Fwy |
| Ft Worth, TX 76101 | PO Box 7346 | Fort Worth, TX 76110 |
| | Philadelphia, PA 19101 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:   **Shane Allan Bivins**

CASE NO.  **12-70171-HDH-13**

CHAPTER  **13**

## Certificate of Service

(Continuation Sheet #1)

Rsh & Associates Llc
Po Box 14515
Lenexa, KS 66285

Scheriger Electric
PO Box 816
1205 380 Bypass
Graham TX  76450

United Revenue Corp
Attention:  Office Manager
204 Billings St. Suite 120
Arlington, TX 76010

Young CAD
PO Box 337
Graham TX  76450