

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

**Signed July 19, 2012**

---

PLOD 0013.000751B

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:
SHANE ALLAN BIVINS

CASE NO: 12-70171-HDH-13
DATED: July 19, 2012
HEARING DATE: JULY 18, 2012
HEARING TIME: 10:00 A.M.

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**

    Came to be heard the Debtors, SHANE ALLAN BIVINS and , Confirmation of Final Plan in the above captioned case. A hearing to consider the confirmation of that plan was held on JULY 18, 2012, and it appearing to the Court that the plan filed MAY 21, 2012 does not comply with 11 U.S.C. 1325.

    It is therefore ORDERED that the confirmation of the plan is denied.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424